UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ANDERSON DIVISION

| | | |
|---|---|---|
| GEORGIA FORESTWATCH | ) | CA: 8:12-cv- 3455-MGL |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| PAUL BRADLEY, ET AL. | ) | |
| | ) | |
| Defendant(s). | ) | |

A Motion and Application/Affidavit for Admission *Pro Hac Vice* has been filed in this case and considered by the undersigned.

IT IS ORDERED THAT:

Applicant: JOHN PERSHING TUSTIN who represents THE FEDERAL DEFENDANTS

    x    Be **granted** admission *pro hac vice* in this case.

    ☐    Be **denied** admission *pro hac vice* in this case.

s/Mary G. Lewis
Date: February 7, 2013                                          United States District Judge