UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ANDERSON DIVISION

| | | |
|---|---|---|
| GEORGIA FORESTWATCH, ) | C/A No. 8:12-CV-3455-BHH | |
| ) | | |
| Plaintiff, ) | | |
| ) | | |
| v. ) | | |
| ) | | |
| RICK LINT, in his official capacity as ) | ORDER | |
| Supervisor of the Francis Marion and ) | | |
| Sumter National Forests, et al., ) | | |
| ) | | |
| Defendants, ) | | |
| ) | | |

On request of the parties, and it appearing proper to the court, the following schedule is established for this case:

1. Georgia ForestWatch shall file its motion for judgment on the administrative record and memorandum in support no later than **February 6, 2015**.

2. Federal Defendants shall file their cross-motion for judgment on the administrative record and opposition no later than **March 27, 2015**.

3. Georgia ForestWatch shall file its opposition/reply memorandum no later than **April 17, 2015**. The page limitation under Local Rule 7.05(B) is extended to 20 pages.

4. Federal Defendants shall file their reply memorandum no later than **May 8, 2015**. The page limitation under Local Rule 7.05(B) is extended to 20 pages.

And it is SO ORDERED this 10th day of December, 2014, at Spartanburg, South Carolina.

                                          **s/Bruce H. Hendricks**
                                          BRUCE HOWE HENDRICKS
                                          UNITED STATES DISTRICT JUDGE