IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ANDERSON DIVISION

| | | |
|---|---|---|
| **GEORGIA FORESTWATCH,** | ) | |
| | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Civil Action No. 8:12-CV-03455-BHH |
| | ) | |
| | ) | |
| **JOHN RICHARD LINT, in his official** | ) | |
| **capacity as Supervisor of the Francis** | ) | |
| **Marion and Sumter National Forests; et** | ) | |
| **alia,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**GEORGIA FORESTWATCH'S MOTION FOR SUMMARY
JUDGMENT ON THE ADMINISTRATIVE RECORD**

PLEASE TAKE NOTICE that Plaintiff Georgia ForestWatch, pursuant to Fed. R. Civ. P. 56, by and through counsel, hereby moves for summary judgment in the above captioned matter. Georgia ForestWatch respectfully submits that no genuine issue of material fact exists in this matter and therefore, as a matter of law, it is entitled to a judgment in its favor that the decisions issued in 2012 by the United States Forest Service Supervisors for the National Forests in North Carolina[1], the Chattahoochee-Oconee National Forest in Georgia[2], and the Sumter National

---

[1] *Decision Notice and Finding of No Significant Impact: Amendment #22 to the Nantahala and Pisgah National Forests Land and Resource Management Plan, Managing Recreation Uses in the Upper Segment of the Chattooga Wild and Scenic River Corridor* (signed by Acting Forest Supervisor Diane Rubiaco on January 31, 2012) (hereinafter "NCDN") (R.403: 17224-17251)

[2] *Decision Notice and Finding of No Significant Impact: Amendment #1 to the 2004 Revised Land and Resource Management Plan Chattahoochee-Oconee National Forests, Managing Recreation Uses in the Upper Segment of the Chattooga Wild and Scenic River Corridor* (signed by Forest Supervisor George Bain on January 31, 2012) (hereinafter "GADN") (R.402: 17195-17223);

Forest in South Carolina[3] addressing the management of the Chattooga Wild and Scenic River Corridor were arbitrary, capricious, an abuse of discretion, and otherwise not in accordance with law. Accordingly, Georgia ForestWatch respectfully requests that this Court enter an order:

1) Directing the Forest Service to prepare a Comprehensive River Management Plan for the Chattooga;

2) Enjoining implementation of the 2012 Decisions pending completion of a legally-mandated visitor capacity analysis along with development of enforceable capacity limits;

3) Directing the Forest Service to comply with National Environmental Policy Act by preparing an Environmental Impact Statement;

4) Directing the Forest Service to comply with the requirements of the Access Regulations, 36 C.F.R. § 261.77, by (a) requiring registration by any boaters who will float into the Chattahoochee or Sumter National Forests to register at only those locations specified in the Access Regulations, and (b) removing registration kiosks at locations where they encourage violations of the Access Regulations.

|  |  |
|---|---|
| Respectfully submitted. | /s/ Alexander M. Bullock |
| | Alexander M. Bullock (D.S.C. Bar. No. 1567) |
| | KILPATRICK TOWNSEND & STOCKTON LLP |
| | 607 14th Street, N.W., Suite 900 |
| | Washington, D.C. 20005-2018 |
| | Phone (202) 824-1416 |
| | Fax. (202) 585-0065 |
| | abullock@kilpatricktownsend.com |
| | |
| | Rachel S. Doughty, *pro hac vice* |
| | GREENFIRE LAW |
| | 1202 Oregon Street |
| | Berkeley, CA 94702-2222 |
| | Phone (828) 424-2005 |
| February 6, 2015 | rdoughty@greenfirelaw.com |

---

[3] *Decision Notice and Finding of No Significant Impact: Amendment #1 to the 2004 Revised Land and Resource Management Plan Sumter National Forest, Managing Recreation Uses in the Upper Segment of the Chattooga Wild and Scenic River Corridor* (signed by Forest Supervisor Paul Bradley on January 31, 2012) (hereinafter "SCDN") (R.404: 17252-17279).