IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ANDERSON DIVISION

| | | |
|---|---|---|
| **GEORGIA FORESTWATCH,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 8:12-CV-3455-BHH** |
| | ) | |
| **JOHN RICHARD LINT, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| _____ | ) | |

**NOTICE Of WITHDRAWAL OF DOCKET ENTRY 56-1**

Please take notice that Plaintiff Georgia ForestWatch ("ForestWatch") respectfully submits that it hereby withdraws the document filed in this matter as Docket Entry 56-1. ForestWatch has consulted with counsel for Defendants, who have indicated that they have no objection to this request.

Respectfully submitted,

May 7, 2015          /s/ Alexander M. Bullock_____

Alexander M. Bullock (D.S.C. Bar. No. 1567)
KILPATRICK TOWNSEND & STOCKTON LLP
607 14th Street, N.W., Suite 900
Washington, D.C. 20005-2018
Phone (202) 824-1416
Fax. (202) 585-0065
abullock@kilpatricktownsend.com

Rachel S. Doughty
*Pro hac vice*
GREENFIRE LAW
1202 Oregon Street
Berkeley, CA 94702-2222
Phone (828) 424-2005
rdoughty@greenfirelaw.com

**CERTIFICATE OF SERVICE**

I, Alexander M. Bullock, hereby certify that on this 7ʰ day of May, 2015, I electronically filed the foregoing "Withdrawal of Docket Entry No. 56-1" with the Clerk of Court for the United States District Court for the District of South Carolina, using the CM/ECF system, which will automatically send a notice of electronic filing to all counsel of record.

/s/ Alexander M. Bullock
Alexander M. Bullock